■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILSON CUEVAS, Appellant. [929 NYS2d 786]—

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Covello, Angiolillo, Leventhal and Cohen, JJ., concur.